NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5175, -5182

ANCHOR SAVINGS BANK, FSB,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

Appeals from the United States Court of Federal Claims in 95-CV-039, Judge Lawrence J. Block.

ON MOTION

Before NEWMAN, Circuit Judge.

## O R D E R

The United States moves for a 30-day extension of time, until June 3, 2009, to file its response/reply brief. Anchor Savings Bank, FSB opposes or in the alternative requests a 30-day extension of time to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The United States' motion is granted. No further extensions.

(2)   Anchor Savings Bank may file its reply brief no later than July 17, 2009.

FOR THE COURT

**MAY 1 8 2009**

_____
Date

cc:   Edward L. Fountain, Esq.
      Jeanne E. Davidson, Esq.

s8

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2009

JAN HORBALY
CLERK